No. 76–5904.  MASTRANGELO v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 76–5907.  GREENE v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 76–5908.  ALTSTATT v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–5912.  SMITH v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 76–5955.  FRAZIER v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 76–592.  KANSAS REFINED HELIUM CO., A DIVISION OF ANGLE INDUSTRIES, INC. v. NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. D. C. Cir.  Certiorari denied.  MR. JUSTICE WHITE and MR. JUSTICE BLACKMUN would grant certiorari.

No. 76–658.  NORFOLK, BALTIMORE & CAROLINA LINES, INC., ET AL. v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, U. S. DEPARTMENT OF LABOR, ET AL.  C. A. 4th Cir.  Motion of Nellie Smith Rouse, widow of respondent Lee Rouse, for leave to proceed in forma pauperis granted. Certiorari denied.

No. 76–691.  THOMPSON v. GAFFNEY ET AL.  C. A. 6th Cir. Certiorari denied.  MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 76–725.  ARMSTRONG ET AL. v. AIKEN.  Sup. Ct. Alaska.  It appearing there is no final judgment within the meaning of 28 U. S. C. § 1257, certiorari denied.